## J. J. LARKIN v. COMMISSIONER OF INTERNAL REVENUE.

### No. 2564.

Circuit Court of Appeals, Tenth Circuit.

July 21, 1942.

Harry A. Campbell, of Tulsa, Okl., and L. Karlton Mosteller, of Oklahoma City, Okl., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington,. D. C., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed pursuant to a stipulation of the parties.

## MONITEAU MILLS, Incorporated, Petitioner, v. ADMINISTRATOR OF WAGE AND HOUR DIVISION OF UNITED STATES DEPARTMENT OF LABOR.

### No. 486, Original.

Circuit Court of Appeals, Eighth Circuit.

July 13, 1942.

Robert D. Abbott, of St. Louis, Mo., I. R. Kelso, of Cape Girardeau, Mo., and Jackson F. Adams, of St. Louis, Mo., for petitioner.

Warner W. Gardner, Sol., U. S. Department of Labor, Irving J. Levy, Asst. Sol., U. S. Department of Labor, both of Washington, D. C., Kenneth P. Montgomery, Regional Atty., Adm'r of Wage and Hour Division, of Kansas City, Mo., and Samuel P. McChesney, Atty. Adm'r of Wage and Hour Division, and Vaughn C. Ball, Asst. Atty., Adm'r of Wage and Hour Division, both of St. Louis, Mo., for respondent.

PER CURIAM.

Cause dismissed without prejudice at costs of petitioner, etc., and for cancellation of bond, etc., on motion of petitioner.

## W. E. MONTGOMERY et al. v. UNITED STATES of America et al.

### No. 12374.

Circuit Court of Appeals, Eighth Circuit.

July 20, 1942.

W. E. Montgomery, pro se.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for appellees.

PER CURIAM.

Petition for writ of mandamus denied.